IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO PADILLA, | 1:06--cv-00734-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION |
| vs. | TO DEFENDANT'S MOTION TO DISMISS |
| K. MENDOZA-POWERS, et al., | (DOCUMENT # 17) |
| Defendants. | (60) SIXTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2008, plaintiff filed a motion to extend time to file opposition to motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file opposition to defendant's motion to dismiss.

IT IS SO ORDERED.

Dated: **January 30, 2008**                    **/s/ Dennis L. Beck**
                                                                   UNITED STATES MAGISTRATE JUDGE