UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO PADILLA, | 1:06-cv-0734-LJO-DLB-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 21) |
| vs. | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| MENDOZA-POWERS, et al., | |
|     Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 25, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On April 18, 2008, plaintiff filed objections to the Magistrate

1

Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed March 25, 2008, are ADOPTED IN FULL; and,

2. Defendants' motion to dismiss for failure to exhaust, filed January 2, 2008 is GRANTED; and

3. This action is DISMISSED pursuant to 42 U.S.C. § 1997e(a), without prejudice.

IT IS SO ORDERED.

**Dated:   June 5, 2008**                    **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

2